## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| V : | CASE NO: 3:02CR 7 JBA |
| RAYMOND PINA : | |

**AMENDED JUDGMENT**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on January 26, 2004, be amended as follows:

**DATE OFFENSE CONCLUDED:   APRIL  2002**

In all other respects the Judgment and Order of Commitment entered by this Court on January 26, 2004 remains in effect.

Dated at New Haven, Connecticut: January  14, 2005

IT IS SO ORDERED

_____/s/_____
Janet Bond Arterton
United States District Judge