MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
    Appellee,

v.

RAYMOND PINA,
    Defendant-appellant.

: 03-1445(L)
:
: docket no. 04-0751-cr (Con)
:
:
:
: March 2, 2005

APR 22 2005

**STIPULATION FOR VOLUNTARY DISMISSAL**

The defendant Raymond Pina, having pleaded guilty in a New York proceeding, which plea makes the prosecution of this appeal inadvisable, hereby stipulates with the United States, acting by and through the undersigned Assistant United States Attorney, for a voluntary dismissal of the appeal, each side to bear its own costs.

2005 MAY -4 P 3:48  FILED

DAVID RING
Assistant United States Attorney
157 Church Street
New Haven, CT 06508
(203) 821-3700

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

**CERTIFICATION**

This is to certify that on this March 2, 2005, a copy of the above and foregoing was sent first class mail, postage pre-paid, to David Ring, Assistant United States Attorney, Post Office Box 1824, New Haven, CT 06510 and to Raymond Pina, Riker's Island, New York.

SO ORDERED:
FOR THE COURT:
Roseann B MacKechnie, Clerk
By: _____  4/22/05
Deputy Clerk                (Date)

Jeremiah Donovan

CERTIFIED: 4-27-05

JEREMIAH DONOVAN • ATTORNEY AT LAW • POST OFFICE BOX 554 • OLD SAYBROOK CT 06475 • (203) 388-3750 • JURIS NO. 305346